# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# 3:12cr234

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Vs. | ) ORDER |
| | ) |
| GARY VINCENT SPAN. | ) |
| _____ | ) |

**THIS MATTER** is before the court on defendant's Motion to Suppress (#11). Having considered defendant's motion and reviewed the pleadings, the court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that defendant's Motion to Suppress (#11) is CALENDARED for hearing at 10:30 a.m., Monday, November 5, 2012.

Signed: October 29, 2012

Max O. Cogburn Jr.
United States District Judge